**842**

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Before GRIMM, C.J., and SMITH and CARL R. GAERTNER, JJ.

PER CURIAM.

Employee appeals the denial of his workers' compensation claim. He alleges the Commission erred in finding that his injury was not work related.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

■

**George A. MEIER, III, Employee/Appellant,**

v.

**CASSENS TRANSPORT CO., Employer/Respondent.**

**No. 65951.**

Missouri Court of Appeals, Eastern District, Division Five.

Jan. 3, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 15, 1995.

Fred Roth, Mark C. Kodner, Clayton, for appellant.

Richard J. Fitzgerald, St. Louis, for respondent.

■

**Clay YOUNG and Robyn D. Young, his wife, and James M. Evans and Shirley D. Evans, his wife, Plaintiffs/Respondents,**

v.

**PRUDENTIAL SECURITIES, INC. and Sandra Logay, Defendants/Appellants.**

**No. 65748.**

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 10, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 15, 1995.

